

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5105*
*Direct: (856) 757-5031*
*sarina.kaplan@usdoj.gov*

August 6, 2026

<u>Via ECF</u>
Hon. Robert Kirsch, U.S.D.J.
United States District Court, D.N.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *Delgado Lazaro v. Soto, et. al.,* No. 26-9515 (RK)
     **Petitioner's Release**

Dear Judge Kirsch:

   This Office represents Respondents in the above-referenced habeas matter. We respectfully submit this letter to report to the Court that U.S. Immigration and Customs Enforcement has advised that Petitioner has been released after a custody redetermination hearing today, August 6, 2026. Ex. 1 (Aug. 6, 2026, Order of the Immigration Judge). Respondents respectfully request that the Court deny the Petition as moot and close this matter.

   We thank the Court for its attention to this matter.

          Respectfully submitted,

          ROBERT FRAZER
          United States Attorney

     By: *s/Sarina Kaplan*
        SARINA KAPLAN
        Assistant United States Attorney
        *Attorneys for Respondents*

cc: Counsel of record via ECF

          SO ORDERED.

          Robert Kirsch, U.S.D.J.
          DATE: _August 10, 2026_